# RESIGNATION AS OFFICER AND DIRECTOR OF MAZADA ENTERPRISES, INC.

TO: Board of Directors/Shareholders

PLEASE BE ADVISED THAT I hereby resign as Officer and Director of Mazada Enterprises, Inc. effective May 3rd, 2006.

_____
Eric Aroba

RESOLVED, that all of the acts and transactions of the Officers and Directors of the Corporation which have been validly taken or made prior to the date of this meeting of the Board and which have been reported on at this meeting, are hereby ratified and approved.

EXECUTED AND EFFECTIVE on this 19Th day of May, 2006.



Eric Ploba, Director

# MAZADA ENTERPRISES, INC.

## UNANIMUM WRITTEN CONSENT OF SHAREHOLDERS
## IN LIEU OF SPECIAL SHAREHOLDERS MEETING

Pursuant to Article 9.10A of the Texas Business Corporation Act, The undersigned shareholders, holding shares representing all of the issued and outstanding shares of Common Stock of MAZADA ENTERPRISES, INC. ("Corporation"), waiving all notice, hereby unanimously consent and agree to the adoption of the following resolutions to be of full force and effect on and as of the date hereof as if adopted by a special meeting of the Corporation's shareholders, duly called to consider and act upon such resolutions.

**RESOLVED**, that the unanimous resolutions of Directors in Lieu of Organizational Meeting be and the same as hereby approved and ratified in all respects.

**RESOLVED**, that the following persons be and they are hereby elected and appointed to serve as Directors of the Corporation until the next annual meeting of the Shareholders of the Corporation or until their successors are elected and shall have qualified:

   Larry Ronald Caplan

EXECUTED AND EFFECTIVE on this 19th day of May, 2006.

| Shares | Shareholder |
|---|---|
| 900 | Eric Proba |
| 100 | Patrick Thonen |

# SPECIAL MEETING OF SHAREHOLDERS

## OF

## MAZADA ENTERPRISES, INC.

The Special Meeting of the Directors and majority Shareholder of Mazada Enterprises, Inc. was held June ___, 2006, Houston, Harris County, TX at 8:30 pm at call of the Directors.

That, Larry Caplan as Director and Eric Proba, Shareholder representing 90% of shares of the corporation, were present and participated throughout the meeting.

RESOLVED, that Eric Proba holder of 900 common shares will sell to Larry Caplan all his rights, title and ownership of his common shares.

RESOLVED, that the number of common shares in Mazada Enterprises, Inc. will be represented as follows:

       Larry Caplan       900 common shares

There being no further business to come before the Director and Eric Proba, majority shareholder at this meeting, the meeting adjourned.

DATED: June 7, 2006

APPROVED AND ATTESTED TO:

_____
Eric Proba
Shareholder

_____
Larry Caplan
Director, President, Secretary
Shareholder