# AFFIDAVIT

STATE OF TEXAS           §
                         §
COUNTY OF HARRIS         §

BEFORE ME, the undersigned authority, on this day personally appeared **RONALD M. COHEN**, known to me to be the person who subscribed his name below, and, being by me first duly sworn, on oath deposed and stated the following:

"My name is **RONALD COHEN**. I am over the age of eighteen (18) years of age, have never been convicted of a crime, and I am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

I represent Eric Proba in a case entitled Eric Proba Et al v. Larry Caplan et all Cause No. 2005-25739. I was also made aware of a lawsuit between both parties out of Fort Bend County Cause No. 03CV133564. As a result of both lawsuits, Mr. Proba and Mr. Caplan were going to enter a Mutual Settlement Agreement and Release. Myself and Mr. Caplan's attorney, Stephen A. Doggett, had been working on this agreement for the last several months. Upon all parties' signatures on this Mutual Settlement Agreement and Release, one aspect called for Mr. Caplan to pay Mr. Proba a certain sum, in exchange for the mutual release of the lawsuits and transfer of stock in Mazada.

As of the date of this Affidavit, the Mutual Settlement Agreement and Release has not been signed by the parties and no stock would have transferred to Mr. Caplan by Mr. Proba."

SIGNED on July 12, 2006.

_____
RONALD M. COHEN

SUBSCRIBED AND SWORN TO before me on 7-12, 2006, by RONALD M. COHEN.

_____
Notary Public, State of Texas

ERICA ANNE WELLS
MY COMMISSION EXPIRES
November 17, 2008